UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

THE ROYALTY NETWORK INC.,

                Plaintiff,

v.

OM RECORDS, LLC, PYRAMID
INTERACTIVE, INC d/b/a OM
RECORDS, ALTERNATIVE
DISTRIBUTION ALLIANCE, and
CHRISTOPHER SMITH,

                Defendants.
------------------------------------------------------------X

JUDGE McMAHON

07 CIV 4003

Case No.

**RULE 7.1 STATEMENT**

**ECF CASE**

RECEIVED MAY 22 2007 U.S.D.C. S.D.N.Y. CASHIERS

      Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrates Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for THE ROYALTY NETWORK INC.. (a private non-governmental party) certifies that the following are corporate parents, affiliate and/or subsidiaries of said parties which are publicly held.

None.

Dated: New York, New York
       May 22, 2007

                                        _____
                                        ANTHONY MOTTA (AM-1648)
                                        Attorney for The Royalty Network, Inc.
                                        50 Broadway #2202
                                        New York, N.Y. 10004
                                        Tel: (212) 791-7360
                                        Fax: (212) 791-7468