```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/13/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------X

The Royalty Network Inc.,

        Plaintiff(s),                  07 Civ. 4003 (CM) (THK)

    -against-                          CALENDAR NOTICE

OM Records, LLC, et al.,

        Defendant(s).

-------------------------------------------------X

    Please take notice that the above captioned matter has been scheduled for:

___ Pre-trial Conference      ___ Status Conference      ___ Oral argument
___ Settlement conference    ___ Plea Hearing           (Bankruptcy Appeal)
✓ Rule (16) conference       ___ Final pre-trial conference
___ Telephone Conference    ___ Jury Selection and Trial
___ Non-Jury Trial             ___ Inquest

**before the Honorable Colleen McMahon, United States District Judge, on Friday, July 27, 2007 at 10:30 a.m.** in Courtroom 21B, U. S. District Court, 500 Pearl Street, New York, New York 10007.

    Any scheduling difficulties must be brought to the attention of the Court in writing and faxed to Chambers at (212) 805-6326.

Dated: June 13, 2007
       New York, New York

                                                  So Ordered

                                                  _____
                                                  Colleen McMahon, U.S.D.J