# BLANK ROME LLP
COUNSELORS AT LAW

Phone: (212) 885-5203
Fax: (917) 332-3740
Email: KBressler@BlankRome.com

June 25, 2007

RECEIVED
JUN 25 2007
CHAMBERS OF
COLLEEN McMAHON

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/26/7

**BY FAX (914-390-4152)**

Honorable Colleen McMahon
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 21B
New York, NY 10007

    Re: The Royalty Network Inc. v.
         OM Records, LLC, Pyramid Interactive, Inc. d/b/a OM Records,
         Alternative Distribution Alliance, and Christopher Smith
         Case No : 07 Civ. 4003 (CM)
         Our Ref.: 123264-00611

Dear Judge McMahon:

    We represent Defendant Alternative Distribution Alliance in the above captioned matter.

    We are informed that a settlement in principal has been reached as reflected in the attached e-mail from counsel for Plaintiff, Anthony Motta. This would settle the case as against all Defendants. My client has not received the proposed settlement agreement and license and I understand from Mr. Motta's office that he is on vacation this week and that there is nobody in the office who can address the issue in his absence.

    Accordingly, we respectfully request a thirty day extension of time to answer or otherwise move against the complaint. I am informed by my client that Mr. Motta agreed to grant Defendants an extension, but apparently it was not finalized prior to his leaving for vacation. This is the first request for an extension of time to respond to the complaint.

Respectfully,

Kenneth L. Bressler

6/27/07
OK

KLB:os
Enclosure

Cc: Anthony R. Motta, Esq. (By E-mail)

-----Original Message-----
From: Tony Motta [mailto:anthonymotta@earthlink.net]
Sent: Tuesday, June 19, 2007 5:50 AM
To: Joy Goldberg
Cc: Andrew Krents; Frank Liwall
Subject: Re: Om Records Mechanicals

Mr Goldberg:

Thank you for the breakdown on mechanicals   My client has reviewed thw statement and will accept it.

We are the process of doing up a settlement agreement and license which we hope to get to you later on today for review.

Tony Motta

----- Original Message -----

From: Joy Goldberg <mailto:joy@om-records.com>

To: anthonymotta@earthlink.net

Sent: Thursday, June 14 2007 4:29 PM

Subject: FW. Om Records Mechanicals

6/25/2007

Dear Tony,

We have been experiencing email problems today, so I am resending this in case you did not get it.

Joy

-----Original Message-----
**From:** Joy Goldberg [mailto:joy@om-records.com]
**Sent:** Thursday, June 14, 2007 10:53 AM
**To:** 'anthonymotta@earthlink.net'
**Subject:** Om Records Mechanicals

Dear Tony,

Attached is our mechanical royalty accounting that was requested. Please let me know if you have any questions.

Joy Goldberg
Om Records
665 Third Street, Ste. 425
San Francisco, CA  94107
P: 415.904.1801
F: 415.904.1807
E: joy@om-records.com <mailto:joy@om-records.com>
www.om-records.com


------ End of Forwarded Message