RECEIVED
JUL 17 2007
CHAMBERS OF
COLLEEN McMAHON

McMAHON, 5.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X

THE ROYALTY NETWORK INC.,

                Plaintiff,

vs.

OM RECORDS, LLC, PYRAMID
INTERACTIVE, INC d/b/a OM
RECORDS and ALTERNATIVE
DISTRIBUTION ALLIANCE,

                Defendants.
----------------------------------X

Case No. 07 Civ. 4003 (CM)

NOTICE OF DISMISSAL
PURSUANT TO
FED. R. CIV. P. 41(a)

      PLEASE TAKE NOTICE that the within action is dismissed with prejudice and without costs or attorneys' fees.

Dated: July 13, 2007

ANTHONY MOTTA, ESQ.

By: _____
Anthony Motta (AM 1648)
50 Broadway
Suite 2202
New York, New York 10004
(212) 791-7360

*Attorney for Plaintiff*
*The Royalty Network, Inc.*

SO ORDERED:

_____
U.S.D.J.

7-17-07

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/18/07